McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A. Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Julianne M. Ference
Nevada Bar No. 16164C
  *julianne.ference@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant
GEICO Indemnity Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANIA BLESSING-ALVARADO,<br><br>               Plaintiff,<br><br>     v.<br><br>GEICO INDEMNITY COMPANY, a Foreign Corporation; DOES 1 through 10; and ROE ENTITIES 1 through 10, inclusive,<br><br>               Defendants. | Case No. 2:21-cv-01952-RFB-VCF<br><br>**JOINT STATUS REPORT REGARDING MEDIATION AND LIFTING STAY** |

Plaintiff, Tania Blessing-Alvarado ("Plaintiff"), and Defendant, GEICO Indemnity Company ("GEICO"), by and through their respective counsel of record, submit the following Joint Status Report:

1.     On August 12, 2022, the Parties attended Mediation with Judge Elizabeth Gonzalez (Ret.) at Advanced Resolution Mediation. While the session was productive, it became clear that the Parties were further from resolution than anticipated. Although no final settlement was reached, Judge Gonzalez informally extended the Mediation to allow both sides to consider new information/damages obtained and disclosed following submission of mediation briefs.

2. Judge Gonzalez met with both Parties following the formal mediation in an attempt to work towards a resolution in this matter.

3. The Parties agree that they are unable to reach a resolution at this time, and are seeking to resume discovery.

4. The parties will complete written discovery and re-notice depositions that had been set prior to the stay of litigation.

5. Out of an abundance of caution, the parties will be requesting a brief sixty day enlargement to the present stipulated discovery plan and scheduling order that the Court ordered on May 16, 2022 (Doc. 17).

6. Based upon the current schedule the parties would likely be hard pressed to conduct the depositions, and have time sufficient for the transcripts to get produced and reviewed by their experts within the current time frames. The parties will submit a separate proposed stipulation in compliance with LR IA 6-1 and LR 26-3 forthwith.

Dated: September 13, 2022

| RICHARD HARRIS LAW FIRM | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
|---|---|
| By /s/ Jonathan B. Lee | By /s/ Frank A. Toddre, II |
| Jonathan B. Lee, Esq.<br>Nevada Bar No. 13524<br>Richard Harris Law Firm<br>801 South 4th Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 444-4444<br>Facsimile: (702) 444-4455<br>*Attorney for Plaintiff* | Jonathan W. Carlson<br>Nevada Bar No. 10536<br>Frank A Toddre, II<br>Nevada Bar No. 11474<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Tel. (702) 949-1100<br>*Attorneys for Defendant* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-19-2022 _____

8630295.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2022, a true and correct copy of **JOINT STATUS REPORT REGARDING UNSUCCESSFUL MEDIATION AND RESUMING THE SCHEDULING ORDER** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Susan Kingsbury*
Susan A Kingsbury, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

3

Case No. 2:21-cv-01952-RFB-VCF

JOINT STATUS REPORT REGARDING UNSUCCESSFUL MEDIATION AND RESUMING THE SCHEDULING ORDER