McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Frank A. Toddre, II
Nevada Bar No. 11474
  frank.toddre@mccormickbarstow.com
Julianne M. Ference
Nevada Bar No. 16164C
  julianne.ference@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
GEICO Indemnity Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANIA BLESSING-ALVARADO, | Case No. 2:21-cv-01952-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GEICO INDEMNITY COMPANY, a Foreign Corporation; DOES 1 through 10; and ROE ENTITIES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:21-cv-01952-RFB-VCF
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Blessing-Alvarado v. GEICO</u>
Case No. 2:21-cv-01952-RFB-VCF

Each party will bear their own costs and attorneys' fees.

November 28th, 2022                                      RICHARD HARRIS LAW FIRM

By: /s/ Jonathan Lee
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
801 South 4th Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Attorneys for Plaintiff

November 29, 2022                                      McCORMICK, BARSTOW, SHEPPARD,
                                                       WAYTE & CARRUTH LLP

By: /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
Julianne M. Ference
Nevada Bar No. 16164C
Attorneys for GEICO INDEMNITY COMPANY

**ORDER**

**IT IS SO ORDERED.**

DATED this 29th day of November, 2022.

RICHARD E. BOULWARE, II
**United States District Court**

8750687.1